**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SARAH ELIZABETH STEELE**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VESTWELL HOLDINGS INC.**<br><br>**Defendant.** | **Civil Action No.: 2:26-cv-04664-KNS** |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION BEFORE THE AMERICAN ARBITRATION ASSOCIATION IN NEW YORK, NEW YORK AND STAY PLAINTIFF'S COMPLAINT**

Defendant, Vestwell Holdings, Inc. ("Vestwell" or "Defendant"), by and through its undersigned counsel, and pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3-4 and Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully moves this Court for an Order to stay the matter and compel Plaintiff to submit her claims set forth in the Complaint to mandatory, binding arbitration before the American Arbitration Association ("AAA") in New York, New, for the reasons set forth in Defendant's accompanying Memorandum of Law.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Andrew D. La Fiura*
Andrew D. La Fiura, Esq. (PA #307891)
Preeya Bansal, Esq. (PA #319359)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
267-319-7802
Andrew.Fiura@jacksonlewis.com
Preeya.Bansal@jacksonlewis.com
*Counsel for Defendant*